J-S68006-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| SHAWN KNIGHT | |
| Appellant | No. 2229 EDA 2013 |

Appeal from the Judgment of Sentence June 27, 2013
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0002728-2010
CP-51-CR-0002729-2010

BEFORE: BENDER, P.J.E., DONOHUE, J., and MUNDY, J.

DISSENTING STATEMENT BY MUNDY, J.:          **FILED DECEMBER 15, 2015**

I respectfully dissent from the Majority's decision to vacate Appellant's judgment of sentence and remand for resentencing. In my view, the trial court's January 16, 2015 opinion adequately demonstrates that the trial court appropriately exercised its discretion and considered the necessary factors and background of Appellant in fashioning its sentence. *See* Trial Court Opinion, 1/16/15, at 1-4. Accordingly, I would affirm the judgment of sentence based on the opinion authored by the Honorable Joan A. Brown.